
# FOIA Request GSA-2021-000772 Submitted
1 message

**no-reply@foiaonline.gov** <no-reply@foiaonline.gov>  Tue, Mar 9, 2021 at 1:00 PM
To: rbravender@insider.com

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: GSA-2021-000772
- Requester Name: Robin L Bravender
- Date Submitted: 03/09/2021
- Request Status: Submitted
- Description: I am seeking details about any expenditures made from outgoing president Donald Trump's Presidential Transition account.

Exhibit A

 

Robin Bravender <rbravender@insider.com>

## FOIA Request GSA-2021-000773 Submitted
1 message

**no-reply@foiaonline.gov** <no-reply@foiaonline.gov>  Tue, Mar 9, 2021 at 1:01 PM
To: rbravender@businessinsider.com

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: GSA-2021-000773
- Requester Name: Robin L Bravender
- Date Submitted: 03/09/2021
- Request Status: Submitted
- Description: I am seeking all emailed communications between GSA and representatives of former President Donald Trump regarding expenditures from his Presidential Transition account at GSA.



Exhibit B

Office of General Counsel
FOIA Requester Service Center

May 14, 2021

Robin Bravender
Business Insider
1439 Newton Street, NE
Washington, DC 20017

Dear Mr. Bravender:

This letter is in response to your U.S. General Services Administration (GSA) Freedom of Information Act (FOIA) requests, GSA-2021-000772 and GSA-2021-000773, submitted on March 9, 2021, in which you requested a copy of two categories of information regarding former President Donald Trump's Presidential transition account at GSA.

Enclosed please find four files responsive to your requests. In processing your request, GSA has withheld the phone numbers of GSA employees, physical signatures, contact information for non-GSA employees, personal financial information, and the names of lower-level individuals employed with the office of the former President. This is done pursuant to the sixth exemption of FOIA, 5 U.S.C. § 552(b)(6), because public disclosure of this information would constitute a clearly unwarranted invasion of personal privacy.

We also withheld preliminary discussions and information reflecting the deliberative process of the Executive branch. In addition, we withheld information relating to IT security and building security. This is done pursuant to the fifth exemption of FOIA, 5 U.S.C. § 552(b)(5), because release of this information would stifle honest and frank communications and have a chilling effect on discussions involving matters significant to the Executive Branch. The public disclosure of this information may also pose a risk to building security and computer-system security.

Finally, we withheld line-item pricing information in contracts, as well as portions of contractor-submitted quotes. This is done pursuant to the fourth exemption of FOIA, 5 U.S.C. § 552(b)(4), because this information constitutes commercial information and there was an express or implied assurance of confidentiality when the information was shared with the government.

As we have redacted information referenced in the above paragraph(s) with the aforementioned FOIA exemptions, this technically constitutes a partial denial of your FOIA request. You have the right to appeal the denial of the information being withheld. You may submit an appeal online at the following link

U.S General Services Administration
1800 F. Street, NW
Washington, DC 20405
Toll Free: (855)-675-3642
Fax: (202) 501-2727

(https://foiaonline.regulations.gov/foia/action/public/home) or in writing to the following address:

U.S. General Services Administration
FOIA Requester Service Center
1800 F Street, NW
Washington, DC  20405

Your appeal must be postmarked or electronically transmitted within 90 days of the date of the response to your request. In addition, your appeal must contain a brief statement of the reasons why the requested information should be released.  Please enclose a copy of your initial request and this denial. Both the appeal letter and envelope or online appeal submission should be prominently marked, "Freedom of Information Act Appeal."

This completes action on your request. Should you have questions, you may contact me at travis.lewis@gsa.gov or contact our GSA FOIA Public Liaison, Duane Smith, at (202) 694-2934 or by email at duane.smith@gsa.gov for any additional assistance and to discuss any aspect of your FOIA request.

Additionally, you may contact the Office of Government Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

Sincerely,

*Travis Lewis*

**Travis Lewis**
FOIA Program Manager
Office of General Counsel
General Services Administration

General Services Administration
PRESIDENTIAL TRANSITION SUPPORT TEAM
2021 OUTGOING TRANSITION

**Salary and Beneftis Cost Estimating File**

| | EOP Data Entry | | | | | | GSA Calculated Fields | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee (Count) | Name | Title | Duty Station | Annual Salary (Max of $172,500) | Current Federal Employee Moving Immediately to Outgoing Office? (Y/N) | Estimated Start Date *May not be before:* 12/21/2020 | Estimated End Date *May not be after:* 7/21/2021 | Estimated Salary Cost for Outgoing Period | Eligible for Benefits? (Y/N Calculated Field) | Estimated Benefits Costs (35%) | Total Salary and Benefits Cost |
| 1 | Dan Scavino | Communications Director | Palm Beach, FL | $172,500.00 | Y | 1/20/2021 | 7/21/2021 | $ 86,013.70 | Y | $ 30,104.79 | $ 116,118.49 |
| 2 | Molly Michael | Chief of Staff | Palm Beach, FL | $170,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 84,767.12 | Y | $ 29,668.49 | $ 114,435.62 |
| 3 | Nicholas Luna | Deputy Chief of Staff for Policy and Personnel | Palm Beach, FL | $170,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 84,767.12 | Y | $ 29,668.49 | $ 114,435.62 |
| 4 | Beau Harrison | Deputy Chief of Staff for Operations | Palm Beach, FL | $160,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 79,780.82 | Y | $ 27,923.29 | $ 107,704.11 |
| 5 | Stephen Miller | Advisor | Arlington, VA | $160,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 79,780.82 | Y | $ 27,923.29 | $ 107,704.11 |
| 6 | Hayley D'Antuono | Chief of Staff to the Former First Lady | Palm Beach, FL | $160,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 79,780.82 | Y | $ 27,923.29 | $ 107,704.11 |
| 7 | Marcia Kelly | Advisor to the Former First Lady | Palm Beach, FL | $150,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 74,794.52 | Y | $ 26,178.08 | $ 100,972.60 |
| 8 | Scott Gast | Ethics Counsel | Arlington, VA | $150,000.00 | Y | 1/20/2021 | 4/1/2021 | $ 29,178.08 | Y | $ 10,212.33 | $ 39,390.41 |
| 9 | Eliza Thurston | Executive Assistant / Director of Scheduling | Palm Beach, FL | $145,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 72,301.37 | Y | $ 25,305.48 | $ 97,606.85 |
| 10 | Desiree Thompson | Director of Correspondence | Arlington, VA | $135,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 67,315.07 | Y | $ 23,560.27 | $ 90,875.34 |
| 11 | (b) (6) | Personal Aide | Palm Beach, FL | $120,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 59,835.62 | Y | $ 20,942.47 | $ 80,778.08 |
| 12 | (b) (6) | Communications Director to the Former First Lady | Arlington, VA | $100,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 49,863.01 | Y | $ 17,452.05 | $ 67,315.07 |
| 13 | (b) (6) | Coordinator | Arlington, VA | $90,000.00 | Y | 1/20/2021 | 4/1/2021 | $ 17,506.85 | Y | $ 6,127.40 | $ 23,634.25 |
| 14 | (b) (6) | Press Assistant | Palm Beach, FL | $90,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 44,876.71 | Y | $ 15,706.85 | $ 60,583.56 |
| 15 | (b) (6) | Administrative Assistant to the Former First Lady | Palm Beach, FL | $90,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 44,876.71 | Y | $ 15,706.85 | $ 60,583.56 |
| 16 | Ali Pardo | | Arlington, VA | $150,000.00 | N | 2/1/2021 | 2/27/2021 | $ 10,684.93 | N | $ - | $ 10,684.93 |
| 17 | Ben Williamson | | Arlington, VA | $150,000.00 | N | 2/1/2021 | 2/27/2021 | $ 10,684.93 | N | $ - | $ 10,684.93 |
| 18 | | | | | | | | $ - | N | $ - | $ - |
| 19 | | | | | | | | $ - | N | $ - | $ - |
| 20 | | | | | | | | $ - | N | $ - | $ - |
| | | | | | | | Total | $ 976,808.22 | | $ 334,403.42 | $ 1,289,841.78 |

Exhibit C


## Appeal of GSA FOIA requests GSA-2021-000772 and GSA-2021-000773
1 message

**Robin Bravender** <rbravender@insider.com>  Tue, May 18, 2021 at 10:43 AM
To: Travis Lewis - LG <travis.lewis@gsa.gov>, GSA.FOIA@gsa.gov

Good morning,

I am writing to appeal a redaction in the attached FOIA requests. Specifically, on page 48 of the document containing emails from Katilyn Schneider's account, a list of the outgoing president's staff has been redacted to exclude the names of five officials working for the former president. (I have attached a copy of the chart for your reference).

The redaction cites a privacy exemption, but I would argue that the names of all officials receiving federal salaries to work for the former president ought to be public information and that listing their job titles would not constitute an unwarranted invasion of privacy.

Thanks very much,

Robin Bravender



On Fri, May 14, 2021 at 4:15 PM Travis Lewis - LG <travis.lewis@gsa.gov> wrote:
> Good afternoon Ms. Bravender,
>
> Please see GSA's FOIA request responses for GSA FOIA requests numbered GSA-2021-000772 and GSA-2021-000773.
>
>  **U.S. General Services Administration**
>
> **Travis Lewis**
> FOIA Program Manager
> Office of General Counsel
> General Services Administration
> 202-219-3078

--

**Robin Bravender**
Policy Correspondent, DC Bureau

**INSIDER**

Business - Life - News

**C:** 202-660-2146
One Liberty Plaza, 8th FL, New York, NY 10006

Exhibit D

DocuSign Envelope ID: B797EF73-B0A7-4280-9B09-EBBE9525209D



GSA Chief FOIA Officer

Exhibit E

June 10, 2021

Robin Bravender
Business Insider
1439 Newton Street, NE
Washington, DC 20017

Dear Ms. Bravender:

This letter is in response to your U.S. General Services Administration (GSA) Freedom of Information Act (FOIA) appeal number GSA-2021-001082, submitted on May 18, 2021 in which you appealed FOIA request numbers GSA-2021-000772 and GSA-2021-000773.

On May 14, 2021, GSA replied to your initial FOIA requests by providing you with a copy of four files responsive to your requests. On May 18, 2021, you appealed the withholding of the names of five individuals employed with the office of the former President that were contained on page 49 of the file labeled, "000772 and 000773 - Kaitlyn Schneider Redacted.pdf". In particular, you argued that the names of all officials receiving federal salaries to work for the former President ought to be public information.

After careful consideration and balancing the significant privacy interests of lower-level individuals employed with the office of the former President against the public interest in disclosure of this information, we affirm our original decision because disclosure of the names would constitute a clearly unwarranted invasion of personal privacy. Your appeal is hereby denied. This letter constitutes GSA's final determination regarding this matter. You have the right to seek judicial review of this determination in the United States District Court in the District in which you reside, have your principal place of business, or in the District of Columbia, or where the records are located.

As an alternative to litigation, the Office of Government Information Services (OGIS) was created under the 2007 FOIA amendments to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a nonexclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.

U.S General Services Administration
1800 F. Street, NW
Washington, DC 20405
Toll Free: (855)-675-3642
Fax: (202) 501-2727

You may contact OGIS by mail at the Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, Room 2501, College Park, MD 20740, via email at ogis@nara.gov or by phone at (877) 684-6448.

Sincerely,

*Daniel F. Hall*

Daniel F. Hall
Associate General Counsel for General Law



Robin Bravender <rbravender@gmail.com>

---

## FOIA Request GSA-2021-001079 Submitted

**no-reply@foiaonline.gov** <no-reply@foiaonline.gov>  Tue, May 18, 2021 at 12:04 PM
To: rbravender@gmail.com

This message is to confirm your request submission to the FOIAonline application: View Request. Request information is as follows:

- Tracking Number: GSA-2021-001079
- Requester Name: Robin Bravender
- Date Submitted: 05/18/2021
- Request Status: Submitted
- Description: I am seeking all emailed communications between GSA and representatives of former Vice President Mike Pence regarding expenditures from his Presidential Transition account at GSA. I am also seeking any available details of expenditures made from that account. Please consider documentation dated from January 15, 2021, until the date this FOIA is processed as responsive to my request.

Exhibit F



Exhibit G

Office of General Counsel
FOIA Requester Service Center

July 14, 2021

Robin Bravender
Business Insider
1439 Newton Street, NE
Washington, DC 20017

Dear Ms. Bravender:

This letter is in response to your U.S. General Services Administration (GSA) Freedom of Information Act (FOIA) request, GSA-2021-001079, submitted on May 18, 2021, in which you requested a copy of two categories of information regarding former Vice President Mike Pence's Presidential transition account at GSA.

Enclosed please find thirty six files responsive to your request. In processing your request, GSA has withheld the phone numbers of GSA employees, physical signatures, contact information for non-GSA employees, personal financial information, and the names of lower-level individuals employed with the office of the former President. This is done pursuant to the sixth exemption of FOIA, 5 U.S.C. § 552(b)(6), because public disclosure of this information would constitute a clearly unwarranted invasion of personal privacy.

We also withheld preliminary discussions and information reflecting the deliberative process of the Executive branch. In addition, we withheld information relating to IT security. This is done pursuant to the fifth exemption of FOIA, 5 U.S.C. § 552(b)(5), because release of this information would stifle honest and frank communications and have a chilling effect on discussions involving matters significant to the Executive Branch. The public disclosure of this information may also pose a risk to computer-system security.

Finally, we withheld line-item pricing information in contracts, as well as portions of contractor-submitted quotes. This is done pursuant to the fourth exemption of FOIA, 5 U.S.C. § 552(b)(4), because this information constitutes commercial information and there was an express or implied assurance of confidentiality when the information was shared with the government.

As we have redacted information referenced in the above paragraph(s) with the aforementioned FOIA exemptions, this technically constitutes a partial denial of your FOIA request. You have the right to appeal the denial of the information being withheld. You may submit an appeal online at the following link

U.S General Services Administration
1800 F. Street, NW
Washington, DC 20405
Toll Free: (855)-675-3642
Fax: (202) 501-2727

(https://foiaonline.regulations.gov/foia/action/public/home) or in writing to the following address:

U.S. General Services Administration
FOIA Requester Service Center
1800 F Street, NW
Washington, DC  20405

Your appeal must be postmarked or electronically transmitted within 90 days of the date of the response to your request. In addition, your appeal must contain a brief statement of the reasons why the requested information should be released.  Please enclose a copy of your initial request and this denial. Both the appeal letter and envelope or online appeal submission should be prominently marked, "Freedom of Information Act Appeal."

This completes action on your request. Should you have questions, you may contact me at travis.lewis@gsa.gov or contact our GSA FOIA Public Liaison, Duane Smith, at (202) 694-2934 or by email at duane.smith@gsa.gov for any additional assistance and to discuss any aspect of your FOIA request.

Additionally, you may contact the Office of Government Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at (202) 741-5770; toll free at (877) 684-6448; or facsimile at (202) 741-5769.

Sincerely,

*Travis Lewis*

**Travis Lewis**
FOIA Program Manager
Office of General Counsel
General Services Administration

General Services Administration
PRESIDENTIAL TRANSITION SUPPORT TEAM
2021 OUTGOING TRANSITION

**Salary and Benefits Cost Estimating File**

| | | EOP Data Entry | | | | GSA Calculated Fields | | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee (Count) | Note Field (Optional, could add in a name, a title, initials, etc) | Annual Salary (Max of $172,500) | Current Federal Employee Moving Immediately to Outgoing Office? (Y/N) | Estimated Start Date May not be before: 12/21/2020 | Estimated End Date May not be after: 7/21/2021 | Estimated Salary Cost for Outgoing Period | Eligible for Benefits? (Y/N Calculated Field) | Estimated Benefits Costs (35%) | Total Salary and Benefits Cost |
| 1 | Brooks, Kara D. | $85,000.00 | Y | 1/20/2021 | 3/7/2021 | $ 10,712.33 | Y | $ 3,749.32 | $ 14,461.64 |
| 2 | (b) (6) | $60,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 29,917.81 | Y | $ 10,471.23 | $ 40,389.04 |
| 3 | Jacob, Gregory F. | $25,500.00 | Y | 1/20/2021 | 7/21/2021 | $ 12,715.07 | Y | $ 4,450.27 | $ 17,165.34 |
| 4 | (b) (6) | $60,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 29,917.81 | Y | $ 10,471.23 | $ 40,389.04 |
| 5 | (b) (6) | $60,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 29,917.81 | Y | $ 10,471.23 | $ 40,389.04 |
| 6 | Miller, Katie R. | $70,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 34,904.11 | Y | $ 12,216.44 | $ 47,120.55 |
| 7 | Short, Marc T. | $25,500.00 | Y | 1/20/2021 | 7/21/2021 | $ 12,715.07 | Y | $ 4,450.27 | $ 17,165.34 |
| 8 | Teller, Paul S. | $120,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 59,835.62 | Y | $ 20,942.47 | $ 80,778.08 |
| 9 | Wainwright, Jonah T. | $60,000.00 | Y | 1/20/2021 | 7/21/2021 | $ 29,917.81 | Y | $ 10,471.23 | $ 40,389.04 |
| 10 | Devin O'Malley | $60,000.00 | N | 3/1/2021 | 7/21/2021 | $ 23,342.47 | N | $ - | $ 23,342.47 |
| 11 | (b) (6) | $60,000.00 | N | 3/1/2021 | 7/21/2021 | $ 23,342.47 | N | $ - | $ 23,342.47 |
| 12 | | | | | | $ - | N | $ - | $ - |
| 13 | | | | | | $ - | N | $ - | $ - |
| 14 | | | | | | $ - | N | $ - | $ - |
| 15 | | | | | | $ - | N | $ - | $ - |
| 16 | | | | | | $ - | N | $ - | $ - |
| 17 | | | | | | $ - | N | $ - | $ - |
| 18 | | | | | | $ - | N | $ - | $ - |
| 19 | | | | | | $ - | N | $ - | $ - |
| 20 | | | | | | $ - | N | $ - | $ - |
| | | | | | Total | $ 297,238.36 | | $ 87,693.70 | $ 384,932.05 |

Exhibit H


## Fwd: FOIA Appeal GSA-2021-001401 Submitted

**Robin Bravender** <rbravender@gmail.com>  Thu, Sep 16, 2021 at 2:44 PM
To: Robin Bravender <rbravender@insider.com>

---------- Forwarded message ---------
From: <no-reply@foiaonline.gov>
Date: Wed, Jul 28, 2021 at 8:20 AM
Subject: FOIA Appeal GSA-2021-001401 Submitted
To: <rbravender@gmail.com>


This message is to notify you of a new appeal submission to the FOIAonline application. Appeal information is as follows:

- Appeal Tracking Number: GSA-2021-001401
- Request Tracking Number: GSA-2021-001079
- Requester Name: Robin Bravender
- Date Submitted: 07/27/2021
- Appeal Status: Submitted
- Description: Writing to appeal a redaction in the attached FOIA request. Specifically, on page 7 of the document, a list of the outgoing vice president's staff has been redacted to exclude the names of four officials working for the former vice president's transition team. (I have attached a copy of the chart for your reference).

    The redaction cites a privacy exemption, but the names of all officials receiving federal salaries to work for the former vice president ought to be public information. Listing their names and job titles does not constitute an unwarranted invasion of privacy. Redacting the names of some officials, but not others performing nearly identical jobs, appears arbitrary. I ask you to please reconsider and disclose the four redacted names in the attached document and the chart below.

Exhibit I

DocuSign Envelope ID: F99E87BB-9556-49C8-A25A-5175691CA06B



GSA Chief FOIA Officer
Exhibit J

September 8, 2021

Robin Bravender
Business Insider
1439 Newton Street, NE
Washington, DC 20017

Dear Ms. Bravender:

This letter is in response to your U.S. General Services Administration (GSA) Freedom of Information Act (FOIA) appeal number GSA-2021-001401, submitted on July 27, 2021 in which you appealed FOIA request number GSA-2021-001079.

On July 14, 2021, GSA replied to your initial FOIA request by providing you with a copy of thirty six files responsive to your request. On July 27, 2021, you appealed the withholding of the names of four individuals employed with the former Vice President's outgoing transition team contained on page 7 of the file labeled, "File 1 - Staffing Projections Redacted.pdf". In particular, you stated that the names of all officials receiving federal salaries to work for the former President ought to be public information.

After careful consideration and balancing the significant privacy interests of lower-level individuals employed with the office of the former Vice President against the public interest in disclosure of this information, we affirm our original decision because disclosure of the names would constitute a clearly unwarranted invasion of personal privacy. Your appeal is hereby denied. This letter constitutes GSA's final determination regarding this matter. You have the right to seek judicial review of this determination in the United States District Court in the District in which you reside, have your principal place of business, or in the District of Columbia, or where the records are located.

As an alternative to litigation, the Office of Government Information Services (OGIS) offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a nonexclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS by mail at the Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, Room 2501, College Park, MD 20740, via email at ogis@nara.gov or by phone at (877) 684-6448.


Sincerely,

*Daniel F. Hall*
Daniel F. Hall
Associate General Counsel for General Law

U.S General Services Administration
1800 F. Street, NW
Washington, DC 20405
Toll Free: (855)-675-3642
Fax: (202) 501-2727