# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSIDER INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. A. No. 21-2653 (TNM) |
| | ) |
| U.S. GENERAL SERVICES ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Notice is hereby given that INSIDER INC., Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order granting Defendant's Motion for Summary Judgment and denying Plaintiffs' Cross-Motion for Summary Judgment, entered in this action on the 18th day of October, 2022.

Dated: December 13, 2022               Respectfully Submitted,

/s/ Matthew V. Topic
Matthew V. Topic, Bar No. IL0037
Josh Loevy, Bar No. IL0105
Merrick J. Wayne, Bar No. IL0058
Shelley Geiszler, Bar No. IL0087
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
foia@loevy.com

*Attorneys for Plaintiff*